UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Krystle Lopez,<br><br>                               Plaintiff,<br><br>-v-<br><br>Boston Children's Health Physicians, LLP,<br>Riverdale Pediatrics, P.C.,<br>Carlyn A. Oppedisano, and<br>Martin Rodriguez-Ema,<br><br>                               Defendants. | Civ. Action #: 24-CV-08234<br>(CS)(JCM)<br><br>**JUDGMENT** |

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 12, 2025; and Defendants Boston Children's Health Physicians, LLP, Riverdale Pediatrics, P.C., Carlyn A. Oppedisano, and Martin Rodriguez-Ema, having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Krystle Lopez in the amount of $40,000.00;

      ORDERED and ADJUDGED that judgment is entered in favor of Krystle Lopez and against Defendants Boston Children's Health Physicians, LLP, Riverdale Pediatrics, P.C., Carlyn A. Oppedisano, and Martin Rodriguez-Ema, in the amount of $40,000.00.

**Dated: September  15  , 2025**
       **White Plains, New York**

*Cathy Seibel*
_____
*Hon. Cathy Seibel*
*United States District Judge*

The Clerk shall close the case.